# Court of Appeals
# of the State of Georgia

ATLANTA,  September 24, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0059.  MAUREEN MEADOWS v. DAVID MEADOWS.**

Maureen Meadows filed motions for contempt, alleging that David Meadows violated the temporary order entered by the trial court in the parties' pending divorce action.  Maureen also filed a motion for modification of the order regarding attorney's fees.  The trial court denied the motions, finding them unnecessary in light of the fact that the case is set for trial in October, 2019.  Maureen sought a certificate of immediate review of the trial court's order, which the trial court denied.  She then filed this application for discretionary appeal.  David has filed motions to dismiss the application and for Court of Appeals Rule 7 (e) (2) sanctions.

The trial court's order denying Maureen's motions is an interlocutory order because the divorce action remains pending below. Although Maureen filed an application for discretionary appeal, as described in OCGA § 5-6-35, compliance with that procedure does not excuse a party seeking appellate review of an interlocutory order from complying with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991).  Here, Maureen sought a certificate of immediate review, but the trial court denied her request. A trial court's decision to grant or refuse a certificate for immediate review of interlocutory rulings is not subject to appellate review. *Scruggs* 261 Ga. at 588 (1).

Maureen's failure to follow the interlocutory appeal procedures deprives this Court of jurisdiction of this application.  Accordingly, David's motion to dismiss is GRANTED, and this application is hereby DISMISSED.  David's request for a

frivolous application penalty pursuant to Court of Appeals Rule 7 (e) (2) is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/24/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*